1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH HILL,                          No.  2:18-cv-1108 TLN CKD P

12                Plaintiff,

13        v.                                ORDER

14   SCOTT KERNAN, et al.,

15                Defendants.

16

17        Plaintiff has filed a motion for extension of time to file an amended complaint.  Good

18   cause appearing, IT IS HEREBY ORDERED that:

19        1.  Plaintiff's motion for an extension of time (ECF No. 28) is granted; and

20        2.  Plaintiff shall have thirty days from the service of this order in which to file an

21   amended complaint.

22   Dated:  March 12, 2019

23                                          _____
                                            CAROLYN K. DELANEY
24                                          UNITED STATES MAGISTRATE JUDGE

25
     13:hill1108.36
26

27

28